AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

v.

$20,000.00 U.S. CURRENCY

CASE NUMBER: CV-05-360-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED, ADJUDGED AND DECREED that the District Court Executive shall enter a judgment for $15,000.00, joint and several, against McAllen Forwarding and Oscar Diaz, and that this amount shall accrue interest from date of entry of the judgment, but that interest shall be waived so long as the settlement amount of $15,000.00 is paid in accordance with the parties' stipulation. The United States shall not execute said judgment unless the agreed-upon payments are not timely tendered to the United States Marshals Service.

11/28/05
*Date*

JAMES R. LARSEN
*Clerk*
s/ Lisa M. Scott
*(By) Deputy Clerk*
Lisa M. Scott